PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Yimi Magaly Page**                                    Docket No. 08- 696

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Kenneth Rowan** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Yimi Magaly Page**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arleo, USMJ,** sitting in the Court at Newark, New Jersey, on May 23, 2006, under the following conditions:

**$200,000 bond secured by property and cosigned by two individuals, Pretrial Services supervision, house arrest with electronic monitoring, drug testing and treatment as directed by Pretrial Services, travel restricted to New Jersey and Virginia, and surrender of her passport, do not apply for any travel documents**

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant is in compliance with her conditions of release and is awaiting sentencing.

PRAYING THAT THE COURT WILL ORDER **the defendant's conditions of release be modified to remove the condition of house arrest with electronic monitoring and to amend her travel restrictions to the State of Virginia or as approved by Pretrial Services.**

ORDER OF COURT

Considered and ordered this ___24th___ day of ___September___, _2008___ and ordered filed and made a part of the records in the above case.

_____
Honorable Dickinson R. Debevoise
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/24/08___

_____ for
Kenneth Rowan
U.S. Pretrial Services Officer